# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

NO. 5:19-CR-00184-FL-001

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| v. | |
| JERRY DEAVON MCBEE | |

      This matter is before the Court on the defendant's motion for an expedited sentencing hearing under Rule 32 of the Federal Rules of Criminal Procedure by video conference or telephonic conferencing means. For good cause shown, the motion is ALLOWED. It is hereby ORDERED that the sentencing in this matter is set to take place not more than 14 days from the date of this order, with exact date and time to be noticed. The clerk is DIRECTED in conjunction with procedures already underway to establish facilities necessary for conducting said sentencing by video conference or telephonic means. The clerk is DIRECTED to serve a copy of this order upon the United States Probation Office.

SO ORDERED.

This the 8th day of April, 2020.


LOUISE W. FLANAGAN
United States District Judge