UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-00184-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JERRY DEAVON MCBEE | **ORDER TO SEAL** |

    On motion of the Defendant, and for good cause shown, it is hereby ORDERED that [DE 31] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

    IT IS SO ORDERED.

    This  13th  day of April, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge